.2405.    HILL *v.* THE STATE.

RUSSELL, J.  1. An officer charged with the execution of process may
     deputize another person to serve process within his presence, and the
     arrest will be legal if made in the presence of the officer to whom the
     warrant is directed, although the latter may be in possession of the
     warrant itself, and although the party making the arrest would not
     ordinarily be authorized to execute the warrant.
2. As a possessory warrant not only directs the arrest of the defendant, but
     also the seizure of the property specified in the warrant, one who is law-
     fully engaged in executing a possessory warrant, directing the seizure of
     a pistol, is authorized to seize the property therein described. And if
     such seizure results in the disclosure of the pistol, which was theretofore
     concealed upon the person of the defendant, the evidence of that fact is
     not inadmissible upon the ground that the defendant has been compelled
     to criminate himself, or upon the ground that the evidence of the de-
     fendant's guilt was obtained by illegal seizure and search of his person.
                                                  *Judgment affirmed.*
                    DECIDED JULY 19, 1910.

Indictment for carrying concealed weapon; from Marion su-
perior court—Judge Gilbert. December 17, 1910.

*W. D. Crawford,* for plaintiff in error.
*George C. Palmer, solicitor-general,* contra.